# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 35 WEST WACKER DRIVE | MOSCOW |
| CHARLOTTE | CHICAGO, ILLINOIS 60601 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (312) 558-5600 | PARIS |
| HONG KONG | FACSIMILE +1 (312) 558-5700 | SAN FRANCISCO |
| HOUSTON | | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

**THOMAS P. LANE**
(212) 294-6869
TLane@winston.com

12/18/2013

December 17, 2013

**BY ECF FILING**

The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007





Re:   *Seven Seas Partnership Ltd. v. Sycamore Pictures, LLC*, Case No. 1:13-cv-05054-DLC-AJP: Initial Disclosures

Dear Judge Cote:

We write regarding the Rule 26(a)(1) Fed. R. Civ. P. initial disclosure obligations in the above-captioned matter. In order to facilitate settlement negotiations in the intervening period, Your Honor's October 16, 2013 pretrial scheduling order set a deadline of December 20, 2013 for the parties to exchange initial disclosures. The parties have met with Judge Peck regarding settlement and are diligently working on a settlement agreement. Because we are in the midst of these efforts, the parties jointly request an extension to January 20, 2014 to exchange initial disclosures, to allow an opportunity to complete our negotiations. We will continue to update the Court with our progress.

Granted.
*/s/ Denise Cote*
12/18/13

Respectfully,

s/ Thomas P. Lane

Thomas P. Lane