# WINSTON & STRAWN LLP

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601

+1 (312) 558-5600

FACSIMILE +1 (312) 558-5700

www.winston.com

MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

THOMAS P. LANE
(212) 294-6869
TLane@winston.com

December 30, 2013

**BY ECF FILING**

The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

The Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

Re: *Seven Seas Partnership Ltd. v. Sycamore Pictures, LLC*, Case No. 1:13-cv-05054-DLC-AJP: Status

Dear Judges Cote and Peck:

We write pursuant to the Court's December 16, 2013 Order requesting an update on a potential settlement resolution of the above-captioned matter following the parties' November 13, 2013 settlement conference with Judge Peck.

Counsel for Seven Seas Partnership Limited ("Seven Seas") and Sycamore Pictures LLC ("Sycamore") have continued to work diligently to draft a settlement agreement reflecting the parameters discussed by the parties and identified by Judge Peck on November 13th. Since our last update, counsel for the parties met and conferred by telephone on December 19th to discuss open issues. Sycamore then provided its proposed revisions to the draft agreement on December 27th. Seven Seas expects to provide further comments to Sycamore by tomorrow, and counsel have scheduled a call for Friday, January 3rd to discuss any remaining open items. We

Judge Denise Cote
Judge Andrew J. Peck
December 30, 2013
Page 2

respectfully request that the parties be permitted to provide the Court a further update on the status of settlement by January 20, 2013.

                                              Respectfully,

                                              s/ Thomas P. Lane

                                              Thomas P. Lane

cc:     Maura Wogan, Esq.
          Caren Decter, Esq.
          Dan Webb, Esq.
          Tim Rivelli, Esq.