# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 35 WEST WACKER DRIVE | MOSCOW |
| CHARLOTTE | CHICAGO, ILLINOIS 60601 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (312) 558-5600 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (312) 558-5700 | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

**THOMAS P. LANE**
(212) 294-6869
TLane@winston.com

January 31, 2014

**BY ECF FILING**

The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

The Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

        Re:   *Seven Seas Partnership Ltd. v. Sycamore Pictures, LLC*, Case No. 1:13-cv-05054-DLC-AJP: Status

Dear Judges Cote and Peck:

     We write pursuant to the Court's January 21, 2014 Order requesting an update on a potential settlement resolution of the above-captioned matter.

     Counsel for Seven Seas Partnership Limited ("Seven Seas") and Sycamore Pictures LLC ("Sycamore") have continued to work diligently to draft a settlement agreement reflecting the parameters discussed by the parties and identified by Judge Peck on November 13, 2013. Our last update anticipated that the parties may need to request a further discussion with Judge Peck on certain provisions of the settlement agreement. At this time, we are attempting to finalize the language in the agreement ourselves, but if we are unable to do so will contact Judge Peck's chambers next week.

Judge Denise Cote
Judge Andrew J. Peck
January 31, 2014
Page 2

      We, therefore, respectfully request that the parties be permitted to provide the Court a further update on the status of settlement by February 14, 2014.

      Respectfully,

      s/ Thomas P. Lane

      Thomas P. Lane

cc:    Maura Wogan, Esq.
       Caren Decter, Esq.
       Dan Webb, Esq.
       Tim Rivelli, Esq.