```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SEVEN SEAS PARTNERSHIP LTD.,             :     13 Civ. 5054 (DLC)
                                         :
                Plaintiff,               :          ORDER
                                         :     OF DISCONTINUANCE
        -v-                              :
                                         :
SYCAMORE PICTURES, L.L.C.,               :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

Dated:   New York, New York
         February 6, 2014

                                    _____
                                              DENISE COTE
                                     United States District Judge