# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 35 WEST WACKER DRIVE | MOSCOW |
| CHARLOTTE | CHICAGO, ILLINOIS 60601 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (312) 558-5600 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (312) 558-5700 | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

**THOMAS P. LANE**
(212) 294-6869
TLane@winston.com

February 10, 2014

**BY ECF FILING**

The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Re:   *Seven Seas Partnership Ltd. v. Sycamore Pictures, LLC*, Case No. 1:13-cv-05054-DLC-AJP: Status

Dear Judge Cote:

We write regarding the Court's February 6, 2014 Order discontinuing the above-captioned action. The parties may have not been clear in our January 31, 2014 update to the Court, but counsel for Seven Seas Partnership Limited ("Seven Seas") and Sycamore Pictures LLC ("Sycamore") are still finalizing a draft settlement agreement, and so have not yet settled the above action. We have reached a negotiated document and expect to file stipulations, which the parties have negotiated, with the Court this week. For these reasons, we respectfully request that the Court vacate its February 6th Order and further respectfully request that the parties jointly update the Court as soon as a settlement agreement is executed in this action.

Respectfully,

s/ Thomas P. Lane

Thomas P. Lane

cc:   Maura Woga, Esq.
      Caren Decter, Esq.