# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 35 WEST WACKER DRIVE | MOSCOW |
| CHARLOTTE | CHICAGO, ILLINOIS 60601 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (312) 558-5600 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (312) 558-5700 | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

**THOMAS P. LANE**
(212) 294-6869
TLane@winston.com



February 26, 2014



**BY HAND DELIVERY**

The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

      Re:   *Seven Seas Partnership Ltd. v. Sycamore Pictures, LLC*, Case No. 1:13-cv-
05054-DLC-AJP:  Judge Cote's Order entered February 25, 2014
          **Contains Confidential Information – <u>Not to be Publicly Filed</u>**

Dear Judge Cote:

    We write on behalf of Seven Seas Partnership Ltd. ("Seven Seas") and Sycamore
Pictures, LLC ("Sycamore") in response to your Order on February 25, 2014, which
provided as follows: "The Court will retain jurisdiction if the parties agree that the settlement
agreement may be endorsed by the Court and filed in the public record.  Otherwise, the case will
simply be dismissed.  Counsel shall advise the Court by 2/26/14 of their preference."

    The parties have conferred and they desire to retain the confidential status for their
settlement agreement.  The Court originally dismissed this case without prejudice on February 7,
2014 on its own motion and provided that the parties would have thirty (30) days to reinstate the
case.

    Given the confidential settlement agreement, the parties would jointly request the Court
to dismiss the action without prejudice, each party to bear its own costs.  To do so, we jointly
request that the Court vacate the February 7, 2014 Order and simply dismiss the case without

Judge Denise Cote
February 26, 2014
Page 2

prejudice, each party to bear its own costs, in a separate order.  We believe that this will avoid any confusion about the February 7, 2014 Order.

If the Court requires a more formal stipulation than this letter to accomplish a dismissal without prejudice, please advise and we will furnish a formal stipulation.  However, all parties are in agreement with the contents of this letter and counsel for Sycamore is copied herein.

We would be happy to discuss further with the Court if a conference call with the parties would be helpful.

Respectfully,

Thomas P. Lane

Encl.

cc:  Maura Wogan, Esq. (via e-mail)
     Caren Decter, Esq. (via e-mail)
     Dan Webb, Esq.
     Tim Rivelli, Esq.
     The Honorable Andrew J. Peck (hand delivered)

*This case is dismissed. The Clerk of Court shall close the case.*

*Denise Cote*
*2/26/14*